UNITED STATES COURT OF APPEALS
For the Eleventh Circuit
_____

No. 20-12257
_____

District Court Docket No.
6:19-cv-00385-PGB-GJK

CLYDE DANDRIDGE,

                                                      Plaintiff - Appellant,

versus

WAL-MART STORES, INC.,

                                                      Defendant - Appellee.
_____

Appeal from the United States District Court for the
Middle District of Florida
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 10, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark